IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. CLARE ROSENBERG, WAYNE ANDERSON, CHARLES WASHINGTON, and EDWARD ANDERSON, Individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-CV-9131 (PAC)<br><br>District Judge: Honorable Paul A. Crotty<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RELATED RELIEF** |

SIRS/MADAMS:

TO:  Michael S. Burkhardt, Esq.
Theresa Chung, Esq.
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

*Counsel for Defendant IKON Office Solutions, Inc.*

PLEASE TAKE NOTICE that on January 22, 2008, at 2:45 p.m. in the afternoon or as soon thereafter as counsel can be heard, Plaintiffs St. Clare Rosenberg, Wayne Anderson, Charles Washington and Edward Anderson will apply to the United States District Court for the Southern District of New York, before the Honorable Paul A. Crotty, at 500 Pearl St., Room 735, New York, NY, 10007, for entry of an Order pursuant to Fed. R. Civ. P. 23(e):

    (i) approving as fair and adequate the class-wide settlement of this action;

    (ii) certifying as final the Settlement Class;

(iii) approving as fair and reasonable Plaintiffs' counsel's application for attorneys' fees and expenses;

(iv) awarding the representative plaintiffs "service payments"; and

(v) dismissing the action with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of this application, Plaintiffs will rely upon the accompanying (i) Joint Declaration of David W. Sanford and Jeremy Heisler dated January 17, 2008 with annexed exhibits, and (ii) Supporting Memorandum of Law dated January 17, 2008, together with all prior pleadings and proceedings in this matter.

Dated:   January 17, 2008
         New York, New York

/S/ _____
Jeremy Heisler (JH-0145)
Steven L. Wittels (SLW-8110)
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David Sanford, D.C. Bar No. 457933
SANFORD WITTELS & HEISLER, LLP
1666 Connecticut Ave., N.W., Suite 310
Washington D.C., 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Attorneys for Plaintiffs and the Class